# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANN MARIE WATKINS,** | : CIVIL ACTION NO. 1:11-CV-794 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **UNITED CEREBRAL PALSY OF SOUTH CENTRAL PENNSYLVANIA, INC.,** *et al.*, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 20th day of October, 2011, upon consideration of the motion for leave to file an amended answer (Doc. 18) filed by defendants Roy Rhoades and Margaret Rhoades on October 20, 2011, and it appearing that the plaintiff concurs in the motion, and the court finding that after twenty one days, a party wishing to amend its pleading must obtain written consent from the opposing party or leave of court, see FED. R. CIV. P. 15(a)(2), and the court concluding that Roy and Margaret Rhoades have complied with Rule 15, it is hereby ORDERED that:

1. The motion for leave to file an amended answer (Doc. 18) is GRANTED.

2. Defendants Roy Rhoades and Margaret Rhoades may file an amended answer within seven (7) days of the date of this order.

　　　　　　　　　　　　　　　　　　  S/ Christopher C. Conner
　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　United States District Judge