IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANN MARIE WATKINS | CIVIL ACTION: |
| Plaintiff | |
| v. | No. 1:11-CV-794 |
| UNITED CEREBRAL PALSY OF SOUTH CENTRAL PENNSYLVANIA, INC., ROY RHOADES and MARGARET RHOADES | (Judge Conner) |
| Defendants. | |

**STATEMENT NOTING A PARTY'S DEATH**

In accordance with Fed. R. Civ. P. 25(a), Defendant Margaret Rhoades, who is a party to this action, notes the death on December 18, 2011 of Roy Rhoades, a Defendant in this action.

Respectfully submitted,

/s/ Robert E. Kelly, Jr.
Robert E. Kelley, Jr.
ID No. 21925
Kelly, Parker & Cohen, LLP
5425 Jonestown Road
Suite 103
Harrisburg, PA 17112
(717) 920-2220
(717) 920-2370 FAX

Counsel for Defendant
Margaret Rhoades

Dated: January 24, 2012

## CERTIFICATE OF SERVICE

I, Robert E. Kelly, Esq., an attorney for the law firm of Kelly, Parker & Cohen LLP, hereby certify that I have, this day, served a true and correct copy of the foregoing **STATEMENT NOTING A PARTY'S DEATH**, upon the person(s) and at the address(es) below named by Electronic Filing on January 24, 2012:

Lalena J. Turchi, Esq.
Kolman Ely, P.C.
414 Hulmeville Avenue
Penndel, PA  19047
Counsel for Plaintiff

Carla E. Connor, Esq. x225 (lead counsel)
Donnelly & Associates, PC
One West First Avenue, Suite 450
Conshohocken, PA  19428
Attorney for Codefendant,
United Cerebral Palsy of
South Central Pennsylvania, Inc.

John L. Senft, Esquire
Senft Law Firm, LLC
105 Leader Heights Road, Suite 2
York, PA  17403
Attorney for Codefendant,
United Cerebral Palsy of
South Central Pennsylvania, Inc.

                                                /s/ Robert E. Kelly, Jr.
                                                Robert E. Kelly, Esq.